# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-60 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Sharon L. Ovington |
| TARRA R. GEIGER, | |
| Defendant. | |

## DECISION AND ENTRY

This matter came before the Court for hearing on November 7, 2019 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #50). Having conducted a full colloquy with Defendant, the Magistrate Judge concluded that her plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding her guilty as charged in the Superseding Indictment pending against her in this case.

The Court, noting that no objections to the Report and Recommendations have been filed and that the time for filing objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United State Magistrate Judge, and finds that Defendant's guilty

plea was knowing, voluntary, and intelligent. Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

11/21/19

*Thomas M. Rose*
United States District Judge